IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>      Plaintiff,<br>v.<br><br>ORACLE CORPORATION and<br>ORACLE AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 7:26-cv-00031-ADA<br><br>JURY TRIAL DEMANDED |

**Defendants Oracle Corporation and Oracle America, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint**

Defendants Oracle Corporation and Oracle America, Inc. respectfully move the Court for an order extending Defendants' time to answer or otherwise respond to the Complaint by forty-five days. The current deadline for Defendants to answer or respond to the Complaint is February 24, 2026. With a forty five-day extension, the new deadline will be April 10, 2026. Good cause exists for the extension because Plaintiff does not oppose the extension and this is a complex civil action involving three U.S. patents asserted against Oracle Corporation and Oracle America, Inc.'s products.

DATED: February 18, 2026

*/s/ Christopher Ponder*
Christopher Ponder (TX #24065916)
cponder@sheppardmullin.com
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025-4111
Tel.: (650) 815-2600
Fax: (650) 815-2601

*Attorneys for Defendants*
*Oracle Corporation*
*Oracle America, Inc.*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026 a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system pursuant to Local Rule CV-5.

*/s/ Christopher Ponder*
Christopher Ponder
